IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XIAOBING WANG AND LIANGQING LI, | |
| Plaintiffs, | Case No. 23-cv-15417 |
| v. | Honorable Judge Lindsay C. Jenkins |
| INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS ON SCHEDULE "A", | |
| Defendants. | |

**PARTIAL FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiffs ("Plaintiffs") against the Defendants identified on Schedule A, and Plaintiffs having moved for entry of Default and Default Judgment against the remaining defendants identified on Schedule A, with the exception of certain defendants (collectively "Defaulting Defendants");

Plaintiffs having properly completed service of process on the Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that the Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise the Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

The Defaulting Defendants having failed to answer the Amended Complaint or otherwise plead, and the time for answering the Amended Complaint having expired.

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiffs have provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiffs' federally registered patent (the "Plaintiffs' Patent") to residents of Illinois. Plaintiffs' Patent is included in the below chart:

| Registration Number | Patent |
|---|---|
| U.S. 8,294,542 | MAGNETIC SUSPENSION DEVICE |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for federal patent infringement arising under 35 U.S.C. §§ 271, 281, and 284 – 85.

IT IS HEREBY ORDERED that Plaintiffs' Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against the Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:
   a. using Plaintiffs' Patent or any reproductions, infringing copies or colorable imitations thereof in any manner in connection with the making, using, distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine

        Plaintiffs' product or not authorized by the Plaintiffs to be sold in connection with Plaintiffs' Patent;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiffs' product or any other product produced by the Plaintiffs, that is not Plaintiffs or not produced under the authorization, control or supervision of the Plaintiffs and approved by the Plaintiffs for sale using Plaintiffs' Patent;

    c. committing any acts calculated to cause consumers to believe that the Defaulting Defendants' products are those sold under the authorization, control or supervision of the Plaintiffs, or are sponsored by, approved by, or otherwise connected with the Plaintiffs;

    d. further infringing Plaintiffs' Patent and damaging Plaintiffs' goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for the Plaintiffs, nor authorized by the Plaintiffs to be sold or offered for sale, and which bear any of Plaintiffs' Patent, including any reproductions, infringing copies or colorable imitations thereof.

2. The Defaulting Defendants and any third party with actual notice of this Order who are providing services for the Defaulting Defendants, or in connection with the Defaulting Defendants' websites at the Defaulting Defendants Domain Names or other websites operated by the Defaulting Defendants, including, without limitation, any online marketplace platforms such as Walmart.com, iOffer, eBay, AliExpress, Alibaba, Amazon, Wish.com, Joom and Dhgate, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, Internet search engines such as Google, Bing and Yahoo, and

domain name registrars, including, but not limited to, GoDaddy, Name.com, PDR, and Namecheap, (collectively, the "Third Party Providers") shall within three (3) business days of receipt of this Order:

    a. disable and cease providing services being used by the Defaulting Defendants, currently or in the future, to engage in the sale of goods using the Plaintiffs' Patent; and

    b. disable and cease displaying any advertisements used by or associated with the Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiffs' Patent.

3. Pursuant to 35 U.S.C. § 284, the Plaintiffs are awarded compensatory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000.00), including willful infringement of Plaintiffs' Patent on products sold through at least the Defaulting Defendants Internet Stores. The fifty thousand dollars ($50,000.00) award shall apply to each of the Defaulting Defendants only once.

4. Pursuant to 35 U.S.C. § 285, the Plaintiffs are awarded attorney fees from each of the Defaulting Defendants in an amount reasonable for the services provided.

5. Any Third-Party Providers holding funds for the Defaulting Defendants, including Payoneer, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Joom, Dhgate.com, Walmart.com, eBay, and Amazon Pay, shall within two (2) business days of receipt of this Order, permanently restrain and enjoin any non-U.S. based accounts connected to the Defaulting Defendants, or the Defaulting Defendants' Online Marketplace Accounts from transferring or disposing of any money or other of the Defaulting Defendants' assets.

6. All monies currently restrained in the Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Payoneer, PayPal, Inc. ("PayPal"), Alipay,

Wish.com, Joom, Dhgate.com, Walmart.com, eBay, and Amazon Pay, are hereby released to the Plaintiffs as partial payment of the above-identified damages, and Third Party Providers, including Payoneer, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Joom, Dhgate.com, Walmart.com, eBay, and Amazon Pay, are ordered to release to the Plaintiffs the amounts from the Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

7. Until the Plaintiffs have recovered full payment of monies owed to them by the Defaulting Defendants, the Plaintiffs shall have the ongoing authority to serve this Order on Third Party Providers, including Payoneer, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Joom, Dhgate.com, Walmart.com, eBay, and Amazon Pay, in the event that any new financial accounts controlled or operated by the Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including Payoneer, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Joom, Dhgate.com, Walmart.com, eBay, and Amazon Pay, shall within two (2) business days:

   a. locate all accounts and funds connected to the Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any financial accounts connected to the information listed on Schedule A hereto, the e-mail addresses identified in the Motion for Alternate Service, and any e-mail addresses provided for the Defaulting Defendants by third parties;

   b. restrain and enjoin such accounts or funds that are not U.S. based from transferring or disposing of any money or other of the Defaulting Defendants' assets; and

    c. release all monies restrained in the Defaulting Defendants' financial accounts to the Plaintiffs as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

8. In the event that the Plaintiffs identify any additional online marketplace accounts or financial accounts owned by the Defaulting Defendants, the Plaintiffs may send notice of any supplemental proceeding to the Defaulting Defendants by e-mail at the e-mail addresses identified in the Motion for Temporary Restraining Order and any e-mail addresses provided for the Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) cash bond posted by the Plaintiffs, with any applicable interest, is hereby released to the Plaintiffs or its counsel, Getech Law LLC. The Clerk of the Court is directed to return the cash bond previously deposited with the Clerk of the Court, with any applicable interest, to the Plaintiffs or its counsel by check made out to Getech Law LLC, 203 N LaSalle ST, #2100, Chicago, IL 60601.

This Court, having determined that there is no just reason for delay, orders that this is a Partial usaFinal Judgment against the Defaulting Defendants.

Enter: 23-cv-15417

DATED: 1-25-2024

_____
United States District Judge Lindsay C. Jenkins

# SCHEDULE A

| No. | Defendant / Defendant Internet Store / Seller Alias |
|---|---|
| 1 | BOYI TECH |
| 3 | shengch |
| 7 | WYHMGZ |
| 8 | Rayden store |
| 9 | KUAIIEER |
| 10 | MEHAN |
| 11 | Zinco LLC |
| 12 | GAHAER US |
| 13 | woodlev |
| 14 | HAMOPY |
| 15 | zomtop |
| 17 | YBKJSTR US |
| 20 | JingYueShengWuKeJi |
| 21 | JUN US |
| 22 | TONEBO |
| 26 | zuorigulibeimei |
| 27 | 生活之家123 |
| 28 | deludd |
| 30 | ou sheng ruo shang mao you xian go |
| 34 | GORKEM KASIRGA LLC |
| 35 | FXIXI |
| 36 | PEACNNG Co. Ltd |
| 37 | TaiKongJiyuan |
| 38 | yigou |
| 39 | shisuikuidianzi |
| 40 | SF Decor |
| 41 | LEEIKOO TECH Co. Ltd |
| 42 | guang zhou bang ming |
| 43 | DADAKAKA |

| | |
|---|---|
| 44 | Patioaro |
| 46 | Shenzhen Win Xinfeng Technology Co., LTD |
| 47 | Ningbo Summer rain supply chain management Co., LTD |
| 52 | Haikou Sun Michi Technology Co., Ltd |
| 55 | HongQiang |
| 57 | Zanverso Surplus LLC |
| 58 | TIMERY INC |
| 59 | GuangzhouYinghaomaoyiYouxiangongsi |
| 60 | MEHOME STORE \| ShenZhenShiHuiHuiKeJiYouXianGongSI |
| 61 | RANIPOBO TECH \| ShenZhenShiTanZhiDianZiShangWuYouXianGongSI |
| 62 | Roleadro Direct \| shenzhenhouyizhaomingyouxiangongsi |
| 63 | Enow-YL \| Dongguan Xiaoxue e-commerce Co., Ltd |
| 65 | sike \| tianjiansikewangluokejiyouxiangongsi |
| 66 | winnew \| shenzhenshiyingxinfengkejiyouxiangongsi |
| 68 | yang jiang shi jing sen ya ke ji you xian gong si |
| 69 | Shenzhen Jin Maizi Co Ltd \| Shenzhen Jin Maizi Co Ltd |
| 70 | ███████████████████████████████ |
| 71 | YMT \| nanjingfengxiaotingdianzishangwuyouxiangongsi |
| 72 | Usunch \| Guang zhoushi jing yingpei SHI you xian gong si |
| 73 | fuzhoukesijiadianziyouxiangongsi |
| 74 | Shenzhenshi feilidi Maoyi Youxiangongsi |
| 75 | xuchanglingtuowangluokejiyouxiangoingsi |
| 77 | Leurry \| shenzhenshiqidiandianzikejiyouxiangongsi |
| 78 | shenzhenshimankedakejiyouxiangongsi |
| 81 | sanyashipaoqilamaoyiyouxiangongsi |
| 82 | Gestal \| fujianhongmigongyinglianfazhanyouxiangongsi |
| 83 | RENR \| wenchangrenhuidianzishangwuyouxiangongsi |
| 84 | wig world mall \| kedongxianqifantouzizixunyouxianzerengongsi |
| 85 | guangzhouranrumengkejiyouxiangongsi |
| 86 | tianjinyunxishangmaoyouxiangongsi |
| 88 | guangzhouxingchenbikejiyouxiangongsi |
| 89 | YAAN \| yaanyongjianfengshangmaoyouxiangongsi |
| 91 | BOZO \| bozhoushibeizaobaihuoyouxiangongsi |
| 92 | shenzhenshibeijilakejiyouxiangongsi |
| 93 | CHENGDUTAIJINLANSHANGMAOYOUXIANGONGSI |
| 94 | Shenzhen Wenxingwang Digital Technology Co., Ltd. |
| 95 | shanghaijiahutongxinshebeiyouxiangongsi |
| 96 | Nanchang Changke Electronic Technology Co., Ltd. |
| 97 | ZSSJSMY \| zhong shan shi jia sen mao yi you xian gong si |
| 98 | ENKK \| luoyangafanshangmaoyouxiangongsi |
| 99 | beichenzhiguangkeji(shenzhen)youxiangongsi |

| | |
|---|---|
| 100 | feiyiermaoyi(shenzhen)youxiangongsi |
| 101 | BOOLALA \| kunminghexinchiwangluokejiyouxiangongsi |
| 102 | zhaoandirunshipinyouxiangongsi |
| 104 | wuhanbixiangcishangmaoyouxiangongsi \| Wuhan Bixiangci Trading Co., Ltd. |
| 105 | Shenzhen Shengerming Trading Co., LTD |
| 106 | xianningshizhujindianzishangwuyouxiangongsi \| Xianning Zhujin Electronic Commerce Co., Ltd. |
| 107 | kunmingluoxunoushangmaoyouxiangongsi |
| 108 | haikoushikanglejiakejiyouxiangongsi |
| 109 | 4moons |
| 110 | first-class-vendors |
| 111 | boxed_and_shipped |
| 112 | senorra |
| 113 | pigeonsandmarshmallows |
| 114 | qiuhui67 |
| 115 | tamitik |
| 116 | williamkleingroup |
| 117 | winguti-72 |
| 118 | eslie_international |
| 119 | s.d-3318 |
| 120 | ukfinnestshop |
| 121 | coolest-goods |
| 122 | proconnection |
| 123 | pc543211 |
| 124 | yqin1211 |
| 125 | good54sale |
| 128 | skin_care_central |
| 129 | salmfamily |
| 130 | valinstore |
| 131 | johnr_702 |
| 132 | topquality--shop-3 |
| 133 | shopgeniusdeals |
| 135 | thamudith-0 |
| 136 | lindalindaxi |
| 137 | always-for-u |
| 139 | 4cheapink |
| 140 | the_wolf_shop1 |
| 141 | residostyle |
| 143 | beyz_llc |
| 148 | belabu0 |

| | |
|---|---|
| 149 | alldaylongdeals |
| 151 | must-try-bargain |
| 152 | omni-shop |
| 153 | hourashop |
| 154 | canada-distri-40 |
| 155 | limespider68mariea |
| 156 | deal_saving_master |
| 157 | for_home_australia |
| 158 | johser-38 |
| 159 | bitsopolis |
| 160 | voycolle_0 |
| 162 | anedra47 |
| 163 | luong_3769 |
| 164 | neilaw-31 |
| 165 | acjcemc |