# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# ILLINOIS EASTERN DIVISION

| | |
|---|---|
| XIAOBING WANG AND LIANGQING LI,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS ON SCHEDULE "A"<br><br>　　　　　　Defendants. | Case No. 23-cv-15417<br><br>**District Judge Lindsay C. Jenkins** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on January 25, 2024 [49], in favor of Plaintiffs XIAOBING WANG AND LIANGQING LI, and against the Defendants Identified in SCHEDULE A, in the amount of fifty thousand dollars ($50,000.00), including willful infringement of Plaintiffs's Patent on products sold through at least the Defendants Internet Stores. Plaintiff hereby acknowledges payment of an agreed-upon damages amount, costs, and interest and desires to release the judgment against one Defendant, which hereby fully and completely satisfies the same judgment as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| lindalindaxi | 136 |
| 4cheapink | 139 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment against said Defendant.

DATED  February 07, 2024            Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*